FILED

05/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0217

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0217

IN THE MATTER OF:

T.N.B., A.M.B., and S.M.B.,

    Youths in Need of Care.

## ORDER

Upon consideration of Appellant's motion and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Transfer Transcripts from DA 19-0570 to DA 20-0217 is GRANTED. The Clerk's office is directed to transfer the transcripts filed in DA 19-0570 to DA 20-0217. Pursuant to Rule 9(6), Mont. R. App. Proc., this Court deems the record complete and filed from the date of this ordered transfer.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 13 2020